UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:04-CR-85 |
| v. ) | (JARVIS/SHIRLEY) |
| ) | |
| DOUG ROGERS, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Pursuant to a motion by the defendant **[Doc. 45]** to view his father's body and the information obtained by the United States Marshal, it is hereby **ORDERED** that the United States Marshal transport the defendant, Doug Rogers, from the Knox County Jail to the Kykers Funeral Home at 350 W. Race Street, Kingston, Tennessee, for a private viewing of his father, Joseph Michael Rogers, on Thursday, October 27, 2005. The Court finds as follows:

(1) The defendant is a federal prisoner in USMS custody pending court action;

(2) The defendant has no pending detainers that would impede the judicial process;

(3) The request is valid and has been verified by the United States Marshal;

(4) The deceased person is within the definition of immediate family;

(5) The defendant shall comply with all terms of the visit as established by the United States Marshal or the trip will be terminated;

(6) The undersigned who is the judge assigned to the case has no specific objection;

(7) This trip to the funeral home will be subject to whatever security measures that the United States Marshal deems to be appropriate; and

(8) The length of this viewing will be for no more than one-half hour, and may

be terminated any time the United States Marshal determines that there is a potential security problem.

**IT IS SO ORDERED.**

             ENTER:


              s/ C. Clifford Shirley, Jr.
             United States Magistrate Judge